UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y.

APR 21 2003

P.M.
TIME A.M.

----------------------------------------X

MARCUS SIMMONS,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

----------------------------------------X

ORDER
98-CV-7140 (JG)

JOHN GLEESON, United States District Judge:

    For the reasons stated on the record today, the defendants' motion for summary judgment is granted in its entirety. The Clerk is directed to close the case.

    So Ordered.

JOHN GLEESON, U.S.D.J.

Dated: April 18, 2003
       Brooklyn, New York